IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALI SALEEM,

    Plaintiff,

v.                Case No. 4:18cv473-MW/CJK

CENTURION OF FLORIDA, LLC,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 4. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. This case is **TRANSFERRED** to the United States District for the Middle District of Florida, Jacksonville Division. The Clerk shall close the file.

**SO ORDERED** on November 19, 2018.

                                      **s/ MARK E. WALKER**
                                      **Chief United States District Judge**