UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WALI SALEEM,

        Plaintiff,

v.                                  Case No. 3:18-cv-1380-HES-PDB

CENTURION OF FLORIDA, LLC,

        Defendant.
_____

## ORDER

The Court was advised that this case has settled. <u>See</u> Notice of Settlement with Defendant Centurion of Florida, LLC (Doc. 109). Accordingly, it is

**ORDERED:**

1.    The parties shall have until **April 12, 2021**, to file a joint motion for dismissal or other appropriate documents to close out the file.

2.    If the parties have not filed the appropriate documents to close out this file or a request for an extension of time by the April 12, 2021, deadline, this case will be deemed dismissed without prejudice.

3. The **Clerk** shall terminate all pending motions and close the file, subject to reopening upon the filing of a motion before the April 12, 2021 deadline.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of February, 2021.

_____
HARVEY E. SCHLESINGER
United States District Judge

caw 2/11
c:
Counsel of Record