UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WALI SALEEM,

        Plaintiff,

v.                                     Case No. 3:18-cv-1380-HES-PDB

CENTURION OF FLORIDA, LLC,

        Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. 111), this case is **DISMISSED with prejudice**. The parties shall bear their own fees and costs. The **Clerk** shall enter judgment dismissing this case with prejudice. The file shall remain closed.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of March, 2021.

                                      HARVEY E. SCHLESINGER
                                      United States District Judge

caw 3/29
c:
Counsel of Record